IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MANUEL BAIL BOND CO., INC.                                   PLAINTIFF

VS.                        Case No. 05-CV-1021

PAUL LUCAS, individually & in his
official capacity as Sheriff; and OUACHITA
COUNTY SHERIFF'S DEPARTMENT                          DEFENDANTS

## **ORDER**

Before the Court is Plaintiff's Motion to Dismiss Case. (Doc. 37) Upon consideration, the Court finds the motion should be and hereby is **granted.** The matter is dismissed without prejudice, with the condition that if the matter is refiled in any court Plaintiff will be ordered to pay any costs and expenses including reasonable attorney's fees which are duplicated as a result of refiling.

IT IS SO ORDERED, this 31st day of May, 2006.

                                                    /s/ Harry F. Barnes
                                                    Hon. Harry F. Barnes
                                                    U.S. District Court